HONORABLE Ricardo S Martinez

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| EBONY HANEY,<br><br>        Plaintiff,<br><br>   v.<br><br>T-MOBILE, INC., JOHN DOES, JANE DOES, and X, Y, Z CORPORATIONS; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. 2:12-cv-01082-RSM<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff, EBONY HANEY, by and though her attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, T-MOBILE, INC., JOHN DOES, JANE DOES, and X, Y, Z CORPORATIONS; and DOES 1 to 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

NOTICE OF SETTLEMENT - 1
(Case No. 2:12-cv-01082-RSM)

**MEYLER LAW OFFICE, PLLC**
*8201 164th Avenue Northeast, Suite 200*
*Redmond, Washington 98052*
*P.O. Box 777*
*Redmond, Washington 98073-0777*
PHONE: 425.881.3680 • FAX: 425.881.1457

1 | Respectfully submitted this 12th day of July, 2012.

**MEYLER LEGAL, PLLC**

s/ SAMUEL M. MEYLER
SAMUEL M. MEYLER, WSBA #39471
P.O. Box 777
Redmond, WA 98073-0777
Phone: (425) 881-3680
Fax: (425) 881-1457
E-mail: samuel@meylerlegal.com

*Counsel for Plaintiff*
*Ebony Haney*

NOTICE OF SETTLEMENT - 2
(Case No. 2:12-cv-01082-RSM)

**MEYLER LAW OFFICE, PLLC**
*8201 164th Avenue Northeast, Suite 200*
*Redmond, Washington 98052*
*P.O. Box 777*
*Redmond, Washington 98073-0777*
PHONE: 425.881.3680 • FAX: 425.881.1457